No. 61563.—E. Leitz, Inc., et al. *v.* United States, protests 251640–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts for enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiffs at 20 percent was sustained.

No. 61564.—Manca, Inc. *v.* United States, protests 269563–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lenses for photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, the merchandise in question is dutiable as photographic lenses, the claim of the plaintiff at 25 percent was sustained.